BASSAM AWAD *vs.* FISHER COLLEGE. February 23, 2007. *Supreme Judicial Court,* Superintendence of inferior courts.

Bassam Awad appeals from a judgment of a single justice of this court denying his petition for relief pursuant to G. L. c. 211, § 3. He had sought relief from the failure of the Superior Court to act on motions he had filed in a civil action. Awad does not, however, present any argument on appeal challenging the single justice's action. See Mass. R. A. P. 16 (a) (4), as amended, 367 Mass. 921 (1975). Moreover, he had adequate alternatives to obtain action on his Superior Court motions. See *Muldoon* v. *Superior Court Dep't of the Trial Court*, 439 Mass. 1010 (2003); *Matthews* v. *D'Arcy*, 425 Mass. 1021, 1022 (1997); *Zatsky* v. *Zatsky*, 36 Mass. App. Ct. 7, 12 (1994).

*Judgment affirmed.*

The case was submitted on the papers filed, accompanied by a memorandum of law.

*Bassam Awad*, pro se.
*Gridley M. Losee, Jr.*, for the defendant.